IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
VICTOR L. MCMURRY,              )
                                )
          Plaintiff,            )        7:07CV5002
                                )
     v.                         )
                                )
SANDERS-MCMURRY ENTERPRISES,    )        ORDER
a Nebraska Limited Liability   )
Company,                        )
                                )
          Defendant.            )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendants' motion to dismiss (Filing No. 7) is granted. Plaintiff's complaint is dismissed.

2) All other pending motions are denied as moot.

DATED this 23rd day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court